UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO REYES, JR., | ) | CV F 02 6207 OWW LJO HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING FINDINGS AND |
| | ) | RECOMMENDATION OF JUNE 2, 2005, |
| | ) | THAT HAD RECOMMENDED THE |
| | ) | PETITION BE DISMISSED |
| | ) | [Doc. #77] |
| v. | ) | |
| | ) | ORDER CONSTRUING PETITIONER'S |
| | ) | OBJECTIONS AS A MOTION TO STRIKE |
| | ) | UNEXHAUSTED CLAIMS |
| | ) | [Doc. #78] |
| | ) | |
| | ) | ORDER GRANTING PETITIONER'S |
| JOE McGRATH, Warden, | ) | MOTION TO STRIKE UNEXHAUSTED |
| | ) | CLAIMS |
| Respondent. | ) | [Doc. #78] |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  On June 2, 2005, this Court issued a Findings and Recommendation that recommended the petition be dismissed for Petitioner's failure to exhaust state remedies with respect to Grounds Two, Six, Nine, and all allegations of ineffective assistance of counsel and prosecutorial misconduct. The parties were granted thirty (30) days to file objections to the Findings and Recommendation.

  On June 9, 2005, Petitioner filed objections to the Findings and Recommendation. Petitioner states he inadvertently failed to file a motion to withdraw the unexhausted claims. He asks that his

1

objections be construed as a motion to strike.

Accordingly, good cause having been presented and good cause appearing therefor, IT IS HEREBY ORDERED:

1) The Findings and Recommendation dated June 2, 2005, is hereby VACATED;

2) Petitioner's objections are CONSTRUED as a motion to strike the unexhausted claims; and

3) Petitioner's motion to strike is GRANTED; Grounds Two, Six, Nine, and all allegations of ineffective assistance of counsel and prosecutorial misconduct are hereby DELETED from the petition.

IT IS SO ORDERED.

**Dated:   June 21, 2005**           /s/ Lawrence J. O'Neill
b9ed48                               UNITED STATES MAGISTRATE JUDGE