# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO REYES, JR., ) | CV F 02 6207 OWW LJO HC |
| ) | |
| Petitioner, ) | ORDER DENYING MOTION FOR |
| ) | APPOINTMENT OF COUNSEL |
| v. ) | |
| ) | [Doc. #83] |
| JOE McGRATH, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 14, 2005, Petitioner filed a request for appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time. Accordingly, Petitioner's request for appointment of counsel is DENIED without prejudice.

IT IS SO ORDERED.

**Dated:   July 19, 2005**          **/s/ Lawrence J. O'Neill**
23ehd0                                          UNITED STATES MAGISTRATE JUDGE