UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO REYES, JR., | ) | 1:02-CV-6207 OWW LJO HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE (DOCUMENT #89) |
| JOE McGRATH, | ) ) | |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 27, 2005, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

**Dated:    October 19, 2005**            **/s/ Lawrence J. O'Neill**
23ehd0                                        UNITED STATES MAGISTRATE JUDGE