UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO REYES, | ) | 1:02-CV-6207 LJO NEW (DLB) (HC) |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| JOE McGRATH, et al., | ) | |
| Respondent. | ) | (DOCUMENT #99) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 24, 2007, petitioner filed a motion to extend time to file Objections to the Magistrate Judge's Findings and Recommendations. Inasmuch as petitioner filed the Objections to Magistrate Judge's Findings and Recommendations on June 15, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED that:

Petitioner's motion to extend time to file Objections to the Magistrate Judge's Findings and Recommendations is GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated:   **June 20, 2007**              /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE