IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

MARIO REYES, JR.,                                    1:02-cv-06207-LJO-NEW (DLB) (HC)

            Petitioner,
                                                     ORDER GRANTING MOTION
vs.                                                  FOR EXTENSION OF TIME
                                                     TO FILE APPEAL
JAMES A. YATES,

            Respondent.                          (DOCUMENT #104)

_____/

      Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On June 20, 2007, petitioner's case was dismissed and judgment was entered.  On July 18, 2007, petitioner filed a motion to extend time to file an appeal.

      A notice of appeal must be filed with the district clerk within 30 days after the judgment or order appealed from is entered.  See FRAP 4(a)(1)(A).  However, the district court may extend time to file a notice of appeal if a party moves no later than 30 days after the time for filing a notice of appeal expires, and the party shows excusable neglect or good cause.  See FRAP 4(a)(5)(A).

      Accordingly, good cause having been presented to the court, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that petitioner's motion to extend time to file the appeal is GRANTED thirty (30) days from the date of service of this order.

      IT IS SO ORDERED.

    **Dated:   August 24, 2007**          _____ **/s/ Dennis L. Beck**_____
                                                     UNITED STATES MAGISTRATE JUDGE